MACK INTERNATIONAL MOTOR TRUCK CORPORATION, Appellant, v. HAROLD L. GRINDLE and E. WORTHINGTON SMITH, Copartners Doing Business as the BROCKWAY MOTOR SALES COMPANY, and Another, Respondents, Impleaded with KENT BRIEL, Defendant.— Judgment unanimously affirmed, with costs, on the ground that plaintiff did not get title to the Brockway truck by virtue of the bill of sale from Briel, it being in fact a mortgage, and had no rights under the conditional sales agreement, plaintiff's Exhibit 2. As to the Brockway truck, the bill of sale, plaintiff's Exhibit 1, was never filed and there was no actual or continued possession of the truck in plaintiff. It, therefore, was void as to plaintiff, who was a creditor of Briel. Lazansky, P. J., Young, Hagarty and Tompkins, JJ., concur; Davis, J., not sitting.

STANLEY MARCZAK, by JOHN MARCZAK, His Guardian ad Litem, Respondent, v. BROOKLYN CITY RAILROAD COMPANY, Defendant, Impleaded with CHAMBERLAIN OF THE CITY OF NEW YORK, Appellant.*— Order reversed on the law, without costs, and motion denied, without costs. On the facts presented by this record we are of opinion that it cannot be held that the chamberlain acted unreasonably, improperly or negligently in making the investment herein. (*Chesterman* v. *Eyland*, 81 N. Y. 398.) Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur. [147 Misc. 399.]

LESTER P. MCARDLE and BANK OF BABYLON, Respondents, v. LIDO CLUB HOTEL, INC., and LONG BEACH ON THE OCEAN, INC., Appellants, Impleaded with TULLY & DI NAPOLI, INC., Respondent.— Judgment unanimously affirmed, with separate bills of costs to respondents. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

THOMAS MCKEON, Respondent, v. KEYSTONE TRANSPORTATION CO., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

MARY MCKIEVER, as Administratrix, etc., of WILLIAM MCKIEVER, Deceased, Respondent, v. CAULDWELL-WINGATE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

MORGAN LAKE COMPANY, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.† — Judgment unanimously affirmed, with costs. Whether the breach here be viewed as the breach of a covenant running with the land or of a condition subsequent, the defendant is liable under the facts of this case. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ. [See, also, 230 App. Div. 356.]

GEORGE A. MOULD, Respondent, v. " JAMES " B. HULETT, First Name Being Fictitious and Unknown to Plaintiff, Appellant.— Order in so far as it denies defendant's motion to dismiss the complaint for lack of prosecution affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.